

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 25−30064
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Michael Boccia | Maria Boccia |
| 10027 Juniper Trace Drive | 10027 Juniper Trace Drive |
| Charlotte, NC 28277 | Charlotte, NC 28277 |
| Social Security No.: xxx−xx−1333 | Social Security No.: xxx−xx−1355 |

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Schedule C − Property Claimed Exempt

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

| | |
|---|---|
| Dated: January 27, 2025 | Christine F. Winchester |
| | Clerk of Court |

Electronically filed and signed (1/27/25)